IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

ORGANIZING FOR ACTION
WILLIAM A. TACCINO, volunteer
PLAINTIFF

V.   CIVIL ACTION No. GLR 14-2112

UITED STATES OF AMERICA
VARIOUS DEPARTMENTS AND AGENCIES
DEFENDANTS
PRESIDENT OF THE U.S. A. BARACK OBAMA
CO-DEFENDANT
STATE OF WEST VIRGINIA
DEFENDANT
WEST VIRGINIA GOV. EARL RAY TOMLIN
CO-DEFENDANT
STATE OF MARYLAND
DEFENDANT
MARYLAND GOV. MARTIN O'MALLEY
CO-DEFENDANT

## INTRODUCTION

Plaintiff William A. Taccino, an Organizing For Action (non-paid) volunteer, is hereby bringing this action against the Defendants United States of America and various agencies and departments wherein he seeks compensatory damages from them. These agencies and departments have committed wrongdoings and violated Plaintiff's constitutional rights, directly and indirectly, violated numerous federal laws, rules and codes and have failed to do the jobs for which they are paid. Plaintiff filed appropriate complaints with appropriate agencies against these agencies and departments with documented proof of the wrongdoings and violations, but no appropriate legal actions were taken against any violating entity and the violation of Plaintiff's constitutional rights and the violations of the various federal laws, rules and codes have been allowed to continue.

Plaintiff is bringing action against the office of President Barack Obama, Co-Defendant, (who is supposedly responsible for the operation of these agencies and departments) with whom Plaintiff has also filed several complaints, but has received no action. Plaintiff hereby requires the President respond to the American people and Plaintiff, or show cause why his office has failed to take appropriate legal action against these agencies and departments.

Plaintiff is also seeking compensatory damages from the State of West Virginia, Defendant, and Gov. Earl Ray Tomblin, Co-Defendant, the State of Maryland, Defendant, and Gov. Martin O'Malley, Co-Defendant, who have allowed wrongdoings by various agencies and departments under their authority, violations of Plaintiff's constitutional rights, directly and indirectly, and

violations of numerous federal and state laws, codes and regulations. Plaintiff filed appropriate complaints against these agencies and departments with the appropriate agencies providing documented proof of the wrongdoings and violations, but no appropriate legal actions were taken against any violating entity and the violations of the various federal and state laws, rules and codes were allowed to continue. Plaintiff requires these 2 governors respond or show cause why their offices have failed to take appropriate legal action upon the complaints filed by Plaintiff against these agencies and departments.

Plaintiff has been denied and deprived of his entitled job with the U.S. Government, his home, small business and property in WV, his entitled Social Security disability benefits, health care benefits and food stamp/SNAP benefits. Plaintiff has not been able to file his taxes for the past 4 years because the IRS refused to act on a complaint he filed with them. Such lack of legal action against proven illegal acts as has been displayed by the United States Government, the state of West Virginia and the state of Maryland has caused Plaintiff much stress and hardship and destroyed his credit rating and life. He has been deprived of life, liberty and the pursuit of happiness as outlined in the Declaration of Independence.

Plaintiff has contacted the White House/Pres. Obama's office on numerous occasions regarding these issues. Some of the issues have occurred since he was elected into office in 2008. Plaintiff is sure he is not the only American who has encountered these problems. Despite all his attempts to get appropriate legal action, Plaintiff has received very little help, response, answers or action, thus he has not been able to do his voluntary Organizing For Action work. He is deeply concerned at how many other Americans are possibly being treated this way, what may be done to correct these problems and what the White House and state houses of West Virginia and Maryland are doing to help. People are entitled to responses, answers and action. Is President Obama always responsible? Are the different agencies and departments of the United States government accountable to the people of the United States of America? Are these agencies and departments answerable to the laws, codes and regulations they have written and sworn to uphold? Plaintiff has presented these questions to the White House and office of the President several times in the past 4 months, but has received no answer. He demands, on behalf of the people and OFA, to know the reason why. Plaintiff filed complaints about wrongdoings in West Virginia state agencies and departments in 2012 and 2013 with Gov. Earl Ray Tomblin's office. He has received no response or action here, either, and demands, on behalf of the people and OFA, to know the reason why. Plaintiff has filed complaints with Gov. Martin O'Malley's office of wrongdoing in Maryland departments and agencies from 2011 to the present, only to receive responses in which no appropriate action was taken. Plaintiff demands, on behalf of the people and OFA, to know the reason why. Plaintiff is not seeking punitive damages against the people of the United States, West Virginia or Maryland for his suffering in these matters, but only seeking the rights he and the American people are entitled to under the Constitution and the compensation he and the people are entitled to by laws, rules and codes. Plaintiff's hope is to see the people and the government working together, functioning and prospering as one unit.

PARTIES TO THIS CASE

1. Plaintiff William A. Taccino
   US citizen
   Tax payer
   Resident of the state of Maryland
   Former small business and property owner in the state of West Virginia
   Legal US Government employee June 1997-Dec. 2010, until proven otherwise
   An American with disabilities
   Non-paid Organizing For Action volunteer since Jan. 2013

OFA supports President Obama's agenda to help ensure every American gets a fair shot under the his administration and receives what each individual is entitled to according to federal codes, laws and regulations. Most importantly, the American people's constitutional rights must not be violated or lost in the process.

## DEFENDANTS

UNITE STATES OF AMERICA
various agencies and departments

1. United States Postal Service (USPS)
2. Office of the Comptroller of the Currency (OCC)
   Consumer Financial Protection Bureau
3. Social Security Administration (SSA)
4. United States Department of Health and Human Services (USDHHS)
5. United States Department of Agriculture (USDA)
6. The Internal Revenue Service (IRS)
7. National Credit Union Association (NCUA)
8. Federal Deposit Insurance Corporation (FDIC)
9. Federal Trade Commission (FTC)
10. President of the U.S.A. Barack Obama Co-Defendant (supposedly responsible for the operation of federal agencies and departments)
11. State of West Virginia - Defendant
12. WV Gov. Earl Ray Tomblin Co-Defendant (supposedly responsible for the operation of WV state agencies and departments)
13. State of Maryland - Defendant
14. Gov. Martin O'Malley Co-Defendant (supposedly responsible for the operation of MD state agencies and departments)

## JURISDICTION

Plaintiff invokes the jurisdiction of this court under the United States Constitution and may include other federal and state laws, which may be amended in this complaint.

DEFENDANT No. 1 UNITED STATES POSTAL SERVICE (USPS)

3

COUNT I
That Defendant USPS violated Plaintiff's constitutional rights regarding the illegal termination of Plaintiff's U.S. Government job in 2001. That Defendant USPS violated Plaintiff's Fifth Amendment right which states

> *...nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb...*

The USPS claimed Plaintiff committed the same wrongful action/crime in 2001 as in 1999 and the termination involved the same people.

COUNT II DEFENDANT USPS
That Defendant USPS violated Plaintiff's Fourth Amendment constitutional right which states;

> *in all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation, to be confronted with the witnesses against him, to have compulsory process for obtaining witnesses in his favor and to have the assistance of counsel for his defense.*

During Plaintiff's employment with the USPS in 2001, he was falsely charged by the same people as in 1999, but was not given the right to trial by jury; he was not given a speedy trial in the jurisdiction (U.S. District Court), he was not given the right to face his accusers (subpoena quashed), and he was denied the right to counsel by the United States Government.

COUNT III DEFENDANT USPS
That Defendant USPS deprived Plaintiff of the right to pursue life, liberty and happiness because the USPS did not honor the out-of-court agreement of Oct. 2000 made with the National Rural Letter Carrier's Assoc. (NRLCA), which would have legally returned Plaintiff to work pursuant to federal law, thus giving him his entitled job, paycheck and benefits.

COUNT IV DEFENDANT USPS
That Defendant USPS knowingly, willfully and intentionally failed to compensate Plaintiff for lost wages and benefits from 2002 - 2010 when he became disabled, and during which time he was still legally a U.S. Government employee. These undisputed facts were proven to the USPS in 2011 and 2012 and, from 2010 to the present, Plaintiff has notified the White House/Office of the President of the United States (who said, "One job lost is one job too many.") To this day, Plaintiff has not received a response, for some unknown reason. Therefore, Plaintiff is taking the appropriate legal action and hereby demands the Defendant United States of America compensate him for lost/back wages from 2002-2010, and lost benefits estimated at $302,400.00, which amount may be amended before trial and/or computed at trial.

COUNT V DEFENDANT USPS

That Defendant USPS knowingly, willfully and intentionally deprived Plaintiff of the right to pursue life, liberty and happiness.

### CO-DEFENDANT PRESIDENT BARACK OBAMA

Plaintiff hereby requires Co-Defendant President Barack Obama explain to him and the American people, or *show cause* why appropriate action was not taken by his office by the use of his executive broad powers to manage national affairs and the workings of the federal government, including the use of binding force of law upon federal agencies, to see the federal agencies and departments are in compliance with rules and regulations. Plaintiff further requires the President now take appropriate action and investigate this Defendant, the United States Postal Service, to see what can be done to correct this injustice and prevent such things from happening to others.

### DEFENDANT NO. 2 OFFICE OF THE COMPTROLLER OF THE CURRENCY (OCC) CONSUMER FINANCIAL PROTECTION BUREAU (CFPB)
### COUNT I

That Defendants OCC and CFPB violated Plaintiff's Fifth Amendment Constitutional Right which states,

> *...nor shall any person be deprived of life, liberty or property without due process of law.*

This U.S. government office knowingly, willfully and intentionally failed to take appropriate action (do their paid job) after Plaintiff filed a complaint with them in 2012. Rather, this Defendant condoned the violations of federal law in the illegal foreclosure of his home and small-business property in West Virginia, valued at $62,000.00. Wherefore, Plaintiff is taking the appropriate of demanding he be compensated in the amount of $62,000.00 from this department.

### COUNT II

That Defendant OCC knowingly, willfully and intentionally deprived Plaintiff of the right to pursue life, liberty and happiness.

### CO-DEFENDANT PRESIDENT OF THE U.S.A. BARACK OBAMA

Co-Defendant President of the United States of America Barack Obama (who supports fair housing and small business) was notified in 2012 & 2013 of complaint, which Plaintiff filed with this U.S. Government office.

Plaintiff hereby requires Co-Defendant President Barack Obama explain to him and the people, or *show cause* why appropriate action was not taken by his office by the use of his executive broad powers to manage national affairs and the workings of the federal government, including the use of binding force of law upon federal agencies to see the federal agencies and departments are in compliance with rules and regulations. Plaintiff further requires the President now take appropriate action and investigate this Defendant, the Office of the Comptroller of the Currency, to see what can be done to correct this injustice and prevent such things from happening to others.

DEFENDANT NO. 3 SOCIAL SECURITY ADMINISTRATION
COUNT I
That Defendant SSA violated Plaintiff's Fifth Amendment Constitutional Right which states;

> ...*nor shall any person be deprived of life, liberty or property without due process of law.*

This Defendant SSA, for the past 2 years has wrongful and/or illegally denied Plaintiff of his entitled Social Security Disability benefits.

COUNT II
That Defendant SSA violated Plaintiff's Seventh Amendment Constitutional Right which states;

> *in suits at common law where the value in controversy shall exceed twenty dollars, the right of jury trial shall be preserved and no fact tried by a jury shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.*

That Defendant SSA, a U. S. government administration, knowingly, willfully and intentionally has continually wrongfully denied Plaintiff from 2012 to the present of his entitled Social Security disability benefits, which he has been entitled to since December 2010. The amount in controversy is approximately $46,200.00 because Plaintiff has not been given the right to a jury trial, but only Defendant's in-house hearings. It is bad enough that Plaintiff was never sent to a physician for an consultative evaluation at the SSA's expense, but an SSA administrative law judge, who is not a licensed or treating physician, ruled Plaintiff is not disabled despite medical evidence to the contrary and a vocational expert subpoenaed by the SSA, who testified at the hearing that Plaintiff would not be able to perform any of his previous jobs in his disabled condition and there are no jobs available in the U.S. that Plaintiff could do. Wherefore, Plaintiff takes the appropriate action and hereby demands Defendant compensate him the amount due him since he became disabled in Dec. 2010 and immediately approve his claim and entitled disability benefits.

COUNT III
That Defendant SSA knowingly, willfully and intentionally deprived Plaintiff of the right to pursue life, liberty and happiness.

CO-DEFENDANT PRESIDENT BARACK OBAMA
Co-Defendant President Barack Obama's office (who supports the peoples' entitlement to receive SSA benefits) and the White House have been informed of this on several occasions in the past year, but Plaintiff has not received any response or action.

Now, Plaintiff takes appropriate action and hereby requires Co-Defendant President Barack Obama explain to him and the people, or *show cause* why appropriate action was not taken by his office by the use of his executive broad powers to manage national affairs and the workings of the federal government, including the use of binding force of law upon federal agencies to see the federal agencies and departments are in compliance with rules and regulations. Plaintiff further requires the President now take appropriate action and investigate this Defendant, the

6

Social Security Administration, to see what can be done to correct this injustice and prevent such things from happening to others.

DEFENDANT NO. 4 UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES (USDHHS)
COUNT I
That Defendant USDHHS violated Plaintiff's Fifth Amendment Constitutional Right which states,
> ...*nor shall any person be deprived of life, liberty or property without due process of law*.

That Defendant (USDHHS), a government department (which is accountable to the 10th Amendment to the U.S. Constitution, *Rights of the States Under Constitution*), in conjunction with the Maryland Department of Health & Mental Hygiene (DHMH), knowingly, willfully and intentionally failed to take appropriate action, but rather, condoned and allowed the wrongful denial of Plaintiff's health care for over a year and continues to do so despite the enactment of Obamacare, which Plaintiff now has. Plaintiff filed complaints in 2012 and 2013 with USDHHS about the wrongful actions of local health care providers and insurance companies who refused to allow Plaintiff his right to health care. This refusal has been and is currently possibly life-threatening. Instead, they suggested Plaintiff file a complaint with DHMH, which he did on 2 occasions. Nothing has been done to this day. Plaintiff takes appropriate legal action and demands immediate access to his entitled health care and that all previous medical bills in the estimated amount of $70,000.00, which would have been covered by retroactive Medicaid, be paid. This amount may be amended before trial.

COUNT II USDHHS
That Defendant USDHHS knowingly, willfully and intentionally deprived Plaintiff of the right to pursue life, liberty and happiness.

CO-DEFENDANT PRESIDENT BARACK OBAMA
Co-Defendant President of the USA Barack Obama and the White House claim that with Obamacare every American will have affordable health care. This Co-Defendant and Co-Defendant Md. Gov. Martin O'Malley have been notified on several occasions in 2012 and 2013 of the various complaints Plaintiff has filed against these agencies. Plaintiff has not received any response or action and is still without adequate health care. Plaintiff hereby requires Co-Defendant President Barack Obama explain to him and the people, or *show cause* why appropriate action was not taken by his office by the use of his executive broad powers to manage national affairs and the workings of the federal government, including the use of binding force of law upon federal agencies to see the federal agencies and departments are in compliance with rules and regulations. Plaintiff further requires the President now take appropriate action and investigate this Defendant, the United States Department of Health & Human Services, to see what can be

DEFENDANT No. 5 UNITED STATES DEPARTMENT OF AGRICULTURE (USDA)
COUNT I
That Defendant USDA violated Plaintiff's Fifth Amendment Constitutional Right which states

*...nor shall any person be deprived of life, liberty or property without due process of law.*

The Defendant USDA, a government department (which is accountable to the 10th Amendment to the U.S. Constitution, *Rights of the States Under Constitution*), in conjunction with Md. Department of Human Resources (MDDHR) and the Allegany County Department of Social Services (ACDSS) failed to do their paid jobs and take appropriate action when Plaintiff filed a complaint in April 2014 with this department. ACDSS wrongfully reduced Plaintiff's household food stamp benefits from $347.00 a month to $15.00 a month. This is not in compliance with their COMAR, nor USDA income guidelines for benefit allotments. The USDA refused to do anything except to suggest Plaintiff talk to his social worker and the local food bank; however, for the past 3 months, Plaintiff and his household have not had enough money to buy groceries for the entire month. Nothing has been done. Plaintiff filed a complaint with Gov. O'Malley's office about this emergency. Nothing has been done. Now, Plaintiff takes the appropriate action and demands the USDA and/or the MDDHR return to him his entitled food stamp benefits in the amount of $347.00 per month immediately and make that retroactive to April 2014 in the amount of $996.00.

COUNT II
That Defendant USDA knowingly, willfully and intentionally deprived Plaintiff of the right to pursue life, liberty and happiness.

CO-DEFENDANT PRESIDENT BARACK OBAMA
Plaintiff has notified the President's office and the White House about this matter 2 times without any response or action and hereby requires Co-Defendant President Barack Obama explain to him and the people, or *show cause* why appropriate action was not taken by his office by the use of his executive broad powers to manage national affairs and the workings of the federal government, including the use of binding force of law upon federal agencies to see the federal agencies and departments are in compliance with rules and regulations. Plaintiff further requires the President now take appropriate action and investigate this Defendant, the United States Department of Agriculture, to see what can be done to correct this injustice and prevent such things from happening to others.

DEFENDANT NO. 6 INTERNAL REVENUE SERVICE (IRS)
COUNT I
That Defendant IRS violated Plaintiff's Fifth Amendment Constitutional Right of property, which states;

*nor shall any person be deprived of life, liberty or property without due process of law,*

when they refused to act on a complaint Plaintiff filed with them in Aug. 2013 pertaining to the illegal actions which resulted in the loss of his home and small-business property in W.V. A bank, which claimed to own his property, sent a fraudulent 1099 to the IRS in 2010 claiming Plaintiff had abandoned this property and owed an outstanding balance of about $51,000.00

Plaintiff's wife had also requested the U.S. Treasury investigate what happened to her federal salary in June 2010. The IRS promised to investigate this matter and return an answer to her within 45 days, and again in Dec. 2013. She is still waiting for an answer. When Plaintiff phoned them in Feb. 2014, the IRS stated they do not investigate these matters. This has prevented Plaintiff and his wife from filing their income taxes since 2010.

Plaintiff hereby demands compensation in the amount of $51,000.00, the same amount as on the fraudulent 1099, or the return of the property to his possession. He will then gladly pay the proper tax and file his tax returns for the past 4 years. Plaintiff now takes appropriate action.

COUNT II
That Defendant IRS knowingly, willfully and intentionally deprived Plaintiff of the right to pursue life, liberty and happiness.

CO-DEFENDANT PRESIDENT BARACK OBAMA
Plaintiff has notified the President's office and the White House about this matter 2 or more times without any response or action and hereby requires Co-Defendant President Barack Obama explain to him and the people, or *show cause* why appropriate action was not taken by his office by the use of his executive broad powers to manage national affairs and the workings of the federal government, including the use of binding force of law upon federal agencies to see the federal agencies and departments are in compliance with rules and regulations. Plaintiff further requires the President now take appropriate action and investigate this Defendant, the Internal Revenue Service, to see what can be done to correct this injustice and prevent such things from happening to others.

DEFENDANT NO. 7 NATIONAL CREDIT UNION ASSOCIATION (NCUA)
COUNT I
That Defendant NCUA knowingly willfully and intentionally violated Plaintiff's Fifth Amendment Constitutional right, which states;

> *nor shall any person be deprived of life, <u>liberty or property</u> without due process of law,*

when they failed to take appropriate action against a local credit union in Dec. 2013 after Plaintiff filed a complaint about wrongdoings in that institution.

COUNT II
2010 when Plaintiff and his wife filed a complaint against another local credit union which was party to the theft of his wife's federal salary and had her falsely arrested when she attempted to investigate that issue. This credit union violated Plaintiff's wife's Sixth Amendment Constitutional right, which states;

> *in all criminal prosecution, the accused shall enjoy the right of a speedy and public trial <u>by an impartial jury</u>.*

COUNT III
That Defendant NCUA knowingly, willfully and intentionally deprived Plaintiff of the right to pursue life, liberty and happiness.

Plaintiff therefore, demands NCUA take appropriate legal action against these credit unions and compensate him and his wife in the amount of $100,000.00, or to be determined by the court

CO-DEFENDANT PRESIDENT BARACK OBAMA
Plaintiff has notified the President's office and the White House about this matter 2 or more times without any response or action and hereby requires Co-Defendant President Barack Obama explain to him and the people, or *show cause* why appropriate action was not taken by his office by the use of his executive broad powers to manage national affairs and the workings of the federal government, including the use of binding force of law upon federal agencies to see the federal agencies and departments are in compliance with rules and regulations. Plaintiff further requires the President now take appropriate action and investigate this Defendant, the Nation Credit Union Association, to see what can be done to correct this injustice and prevent such things from happening to others.

DEFENDANT NO. 8  FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC)
COUNT I
That Defendant FDIC knowingly, willfully and intentionally violated Plaintiff's Fifth Amendment Constitutional right, which states;

> *...nor shall any person be deprived of life, liberty or property without due process of law,*

when they failed to take appropriate action against a local bank in Dec. 2013 after Plaintiff and his wife filed a complaint against this institution for illegally removing money from her account, unlawfully assessing charges to her account and then turning the account over to collections when she wouldn't pay the unlawful charges. Plaintiff therefore, claims damages in the amount of $37.38, or amount may be amended before trial, or an amount to be determined by the court. Plaintiff now takes appropriate legal action.

COUNT II
That Defendant FDIC knowingly, willfully and intentionally deprived Plaintiff of the right to pursue life, liberty and happiness.

CO-DEFENDANT PRESIDENT BARACK OBAMA
Plaintiff has notified the President's office and the White House about this matter 2 or more times without any response or action and hereby requires Co-Defendant President Barack Obama explain to him and the people, or *show cause* why appropriate action was not taken by his office by the use of his executive broad powers to manage national affairs and the workings of the federal government, including the use of binding force of law upon federal agencies to see the federal agencies and departments are in compliance with rules and regulations. Plaintiff further requires the President now take appropriate action and investigate this Defendant, the Federal Deposit Insurance Corporation, to see what can be done to correct this injustice and prevent such things from happening to others.

DEFENDANT NO. 9 FEDERAL TRADE COMMISSION (FTC)
COUNT I
That Defendant F TC, a U.S. government commission, knowingly, willfully and intentionally violated Plaintiff's Fifth Amendment Constitutional right, which states;

> *...nor shall any person be deprived of life, liberty or <u>property</u> without due process of law,*

when they refused to take appropriate action after Plaintiff filed verbal complaints in Dec. 2013 against 2 cell phone companies which illegally overcharged Plaintiff and his wife and turned their accounts over to collection when Plaintiff refused to pay the illegal charges. At this time, Plaintiff was given a confirmation number. Plaintiff called the FTC in Jan. 2014 to make sure they had received his faxed complaints and was told they do not investigate these complaints.

Wherefore, Plaintiff demands the FTC investigate this matter and require these companies clear the frivolous accounts and correct the injury of credit on Plaintiff's and his wife's credit report. Plaintiff now takes appropriate legal action and demands compensatory damages in the amount of $1372.00, which may be amended before trial, or determined by the court.

COUNT II
That Defendant FTC knowingly, willfully and intentionally deprived Plaintiff of the right to pursue life, liberty and happiness.

CO-DEFENDANT PRESIDENT BARACK OBAMA
Plaintiff has notified the President's office and the White House about this matter 2 or more times without any response or action and hereby requires Co-Defendant President Barack Obama explain to him and the people, or *show cause* why appropriate action was not taken by his office by the use of his executive broad powers to manage national affairs and the workings of the federal government, including the use of binding force of law upon federal agencies to see the federal agencies and departments are in compliance with rules and regulations. Plaintiff further requires the President now take appropriate action and investigate this Defendant, the Federal Trade Commission, to see what can be done to correct this injustice and prevent such things from happening to others.

DEFENDANT NO. 10 STATE OF WEST VIRGINIA (WV)
Violation of Plaintiff's constitutional rights
Ninth Amendment Rules of Construction under U.S. Constitution, which states;

> *The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people;*

Tenth Amendment Right of States under U.S. Constitution, which states;

> *The powers not delegated to the United States by the Constitution, nor prohibited by it to the states are reserved to the states respectively, or to the people.*

## COUNT I
That Defendant WV, in conjunction with its Department of Motor Vehicles, knowingly, willfully and intentionally violated Plaintiff's Fifth Amendment Constitutional right, which states;

> *...nor shall any person be deprived of life, liberty or property without due process of law,*

and thus illegally forced him to close his small business, Classic Auto Sales, which he owned and operated in this state for nearly 10 years. Supposedly, WV issued a revocation notice of Plaintiff's dealership license and dealer tags in Jan. 2013. Plaintiff has no proof of this because no such notice was ever served on him. Now, Plaintiff takes the appropriate legal action and demands compensatory damages in the amount of $54,000.00 for the loss of his small business, which amount can be amended and determined at trial. This injustice caused Plaintiff undue stress and financial hardship.

### CO-DEFENDANT GOV. EARL RAY TOMBLIN
That Gov. Tomblin's office failed to take appropriate legal action against these wrongdoings by these state departments after Plaintiff notified the Governor's office several times from Dec. 2012 to May 2013. Wherefore, Plaintiff requires Gov. Earl Ray Tomblin explain and show cause why his office did not take appropriate legal action regarding Plaintiff's complaint.

## COUNT II
That Defendant WV, in conjunction with its Department of Police, knowingly, willfully and intentionally violated Plaintiff's Fifth Amendment Constitutional right, which states;

> *...nor shall any person be deprived of life, liberty or property without due process of law,*

when the state police refused to give Plaintiff an IR number after he reported the theft of 2 vehicles from his used-car lot on Nov. 2, 2012. This department failed to take appropriate legal action resulting in the loss of these vehicles and the insurance refused to pay for this loss. Wherefore, Plaintiff now takes appropriate legal action and demands the state of WV compensate him for this loss, estimated at $12,175.00, or order the return of the vehicles, undamaged. This injustice has caused Plaintiff undue stress and financial hardship.

### CO-DEFENDANT GOV. EARL RAY TOMBLIN
That Gov. Tomblin's office failed to take appropriate legal action against these wrongdoings by these state departments after Plaintiff notified the Governor's office several times from Dec. 2012 to May 2013. Wherefore, Plaintiff requires Gov. Earl Ray Tomblin explain and show cause why his office did not take appropriate legal action regarding Plaintiff's complaint.
This Defendant the state of WV has deprived Plaintiff of the right to peace, happiness and prosperity.

## COUNT III
The Defendant State of WV, in conjunction with its own state police department, knowingly, willfully and intentionally violated Plaintiff's constitutional Sixth Amendment right, which states;

> *...the right to a speedy trial in all criminal prosecutions, the accused shall enjoy the right of a speedy and public trial by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed the nature and cause of the accusations to be confronted with the witnesses against him, to have compulsory process for obtaining witnesses in his favor and to have the assistance of counsel for his defense.*

This Defendant, State of WV supposedly charged Plaintiff for not delivering a vehicle title to a customer according to phone communication by WV state police demanding Plaintiff turn himself in on the charges, <u>which Plaintiff never saw, nor was any paperwork served on him for these charges</u>. Plaintiff provided proof that WVDMV cashed his check and processed this title. They were the last entity known to have possession of it. This injustice has caused Plaintiff defamation of character and undue stress. Wherefore, Plaintiff now takes appropriate legal action and demands the State of WV issue him an apology and clear his record, if applicable.

CO-DEFENDANT GOV. EARL RAY TOMBLIN
That Gov. Tomblin's office failed to take appropriate legal action against these wrongdoings by these state departments after Plaintiff notified the Governor's office several times from Dec. 2012 to May 2013. Wherefore, Plaintiff requires Gov. Earl Ray Tomblin explain and show cause why his office did not take appropriate legal action regarding Plaintiff's complaint.
This Defendant, the state of WV, has deprived Plaintiff of the right to pursue peace, happiness and prosperity.

DEFENDANT NO. 11 STATE OF MARYLAND (MD)
Violation of Plaintiff's constitutional rights
Ninth Amendment Rules of Construction under U.S. Constitution which states;

> *The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people;*

Tenth Amendment Right of States under U.S. Constitution which states;

> *The powers not delegated to the United States by the Constitution, nor prohibited by it to the states are reserved to the states respectively, or to the people.*

COUNT I
That Defendant State of MD, knowingly, willfully and intentionally violated Plaintiff's Fifth Amendment Constitutional right, which states;

> *...nor shall any person be deprived of life, liberty or property without due process of law,*

when, in conjunction with its Department of Health & Mental Hygiene (MDDHMH), they deprived Plaintiff, an American with disabilities, of life, health care, which he is entitled to by law, by failing to take appropriate legal action against those responsible for failure to give to, or authorize adequate health care for him, despite Plaintiff having filed 2 complaints with MDDHMH in the past 2 years. This injustice caused him undue stress and financial hardship.

Wherefore, Plaintiff now takes appropriate legal action and seeks a court order, if necessary, to demand and require this department immediately authorize his proper health care, which he is entitled to by law, and pay his past medical bills since 90 days before he filed for Medicaid in April 2012. The approximate amount, $70,000.00, may be amended before trial, or ordered the court depending on whether Medicaid or Medicare is responsible.

CO-DEFENDANT GOV. MARTIN O'MALLEY
That Plaintiff has made MD Gov. Martin O'Malley's office aware, on 2 or more occasions, of this department's wrongdoings, but Gov. O'Malley's office has not taken appropriate legal action. Wherefore, Plaintiff takes appropriate legal action and hereby requires Gov. O'Malley respond and show cause why his office has failed to do so and investigate this matter immediately.

COUNT II
That Defendant, MD, knowingly, willfully and intentionally violated Plaintiff's Fifth Amendment Constitutional right, which states;

>*...nor shall any person be deprived of life, liberty or property without due process of law,*

when, in conjunction with its own Department of Human Resources(MDDHR) and the Allegany County Department of Social Services (ACDSS) and the USDA knowingly, willfully and intentionally violated Plaintiff's right to life-sustaining food and property, which he is entitled to by law, by wrongfully denying him his entitled food stamp/SNAP benefits in the amount of $347.00 per month since April 2014, despite Plaintiff having filed a complaint with them and the USDA demanding proof of any law, code, rule or regulation governing this action. This injustice has caused Plaintiff undue stress and financial hardship. Wherefore, Plaintiff takes appropriate legal action by seeking a court order, if necessary, to demand and require his household food stamp/SNAP benefits be reinstated to the former $347.00 per month, retroactive to April 2014 for a total of $996.00 returned to Plaintiff. This amount may be amended before trial.

CO-DEFENDANT GOV. MARTIN O'MALLEY
That Plaintiff filed complaint with Co-Defendant Gov. O'Malley's office in April 2014, but received a "pass the buck" letter from the Governor stating the appropriate agency would respond. The appropriate agency responded, but failed to take the appropriate legal action. Plaintiff now takes the appropriate legal action and demands that Gov. O'Malley's office be required to take appropriate legal action against these departments and/or show cause why or why not, other than turning the matter over to the same people who initiated the wrongdoing in March 2014.

COUNT III
That Defendant MD, in conjunction with MD Motor Vehicle Administration (MVA) and Central Collection Unit (CCU) knowingly, willfully and intentionally violated Plaintiff's Fifth Amendment Constitutional right, which states;

>*...nor shall any person be deprived of life, liberty or property without due process of law.*

MVA prevented Plaintiff from registering or renewing vehicle registrations and privileges in this state since September 2013, when the issue in question had already been corrected in April 2013. The CCU was attempting to collect on an obligation, which Plaintiff had already charged off in US bankruptcy proceeding in 2011. The MD Attorney General's office (MDAG) refused to take appropriate legal action on the complaint Plaintiff filed with that office in 2013. This injustice has caused Plaintiff undue stress and financial hardship. Wherefore, Plaintiff takes appropriate legal action by seeking a court order, if necessary, to demand and require the MD CCU confirm the obligation permanently uncollectable and the approximate $540.00 discharged in US Bankruptcy proceedings in 2011. Plaintiff also demands and requires the MVA reinstate his vehicle renewal and registration privileges immediately.

CO-DEFENDANT GOV. MARTIN O'MALLEY
That Plaintiff filed complaint with Co-Defendant Gov. O'Malley's office in April 2013 about the wrongdoings in these departments, but Co-Defendant's office failed to take appropriate legal demands that Gov. O'Malley's office be required to take the appropriate legal action against these departments and/or show cause why his office has not taken appropriate legal action against them.

COUNT IV
That Defendant MD, in conjunction with MD Insurance Administration (MIA) knowingly, willfully and intentionally violated Plaintiff's Fifth Amendment Constitutional right, which states;

> *...nor shall any person be deprived of life, liberty or property without due process of law.*

The MIA deprived Plaintiff of his rightful property insurance claim when they allowed an insurance company to defraud him of his rightful compensation for 2 stolen vehicles in Nov. 2012. This same MIA has allowed Plaintiff's wife to be defrauded of her entitled insurance claim on her home after it was damaged by a proven wind storm in 2012 and 2013. This MD state department refused to answer Plaintiff's claim, which was proven by law. These injustices have caused Plaintiff and his wife undue stress and financial hardship. Wherefore, Plaintiff now takes appropriate action and demands from this Defendant $12,175.00, an estimated amount for the claim on the stolen vehicles and $15,000.00 estimated amount for the claim on the damaged home and $3000.00 for loss of use. Both amounts may be amended before or at trial.

CO-DEFENDANT GOV. MARTIN O'MALLEY
That Plaintiff filed complaint with Co-Defendant Gov. O'Malley's office in April 2013 about the wrongdoings in these departments, but Co-Defendant's office failed to take appropriate legal demands that Gov. O'Malley's office be required to take the appropriate legal action against these departments and/or show cause why his office has not taken appropriate legal action against them.

## RELIEF SOUGHT
## STATEMENT OF CLAIM

Wherefore, Plaintiff asks this honorable court to award him compensatory damages and seeks the following relief.

From Defendant No. 1 USPS award Plaintiff a total of $302,400.00 for Counts I-V.
   For Count I
   For Count II
   For Count III
   For Count IV
   For Count V

From Co-Defendant President of the USA Barack Obama, show cause of what action, if any, has been taken against this defendant and what action he/the White House intends to take to correct the problem presented in this complaint.

From Defendant No. 2 OCC and CFPB award Plaintiff a total of $62,000.00 for Counts I and II.
   For Count 1
   For Count II

From Co-Defendant President of the USA Barack Obama, show cause of what action, if any, has been taken against this defendant and what action he/the White House intends to take to correct the problem presented in this complaint.

From Defendant No. 3 SSA award Plaintiff a total of $46,200.00 for Counts I-III.
   For Count 1
   For Count II
   For Count III

From Co-Defendant President of the USA Barack Obama, show cause of what action, if any, has been taken against this defendant and what action he/the White House intends to take to correct the problem presented in this complaint.

From Defendant No. 4 USDHHS award Plaintiff a total of $70,000.00 for Counts I and II. Plaintiff sees relief from either the USA or state of Maryland, whichever the court determines.
   For Count 1
   For Count II

From Co-Defendant President of the USA Barack Obama, show cause of what action, if any, has been taken against this defendant and what action he/the White House intends to take to correct the problem presented in this complaint.

From Defendant No. 5 USDA award Plaintiff, who seeks compensation from either the USA or state of MD, a total of $996.00 for Counts I and II, which may be amended before trial.
   For Count 1

For Count II

From Co-Defendant President of the USA Barack Obama, show cause of what action, if any, has been taken against this defendant and what action he/the White House intends to take to correct the problem presented in this complaint.

From Defendant No. 6 IRS award Plaintiff a total of $51,000.00 for Counts I and II.
    For Count 1
    For Count II

From Co-Defendant President of the USA Barack Obama, show cause of what action, if any, has been taken against this defendant and what action he/the White House intends to take to correct the problem presented in this complaint.

From Defendant No. 7 NCUA award Plaintiff a total of $100,000.00 for Counts I and II, or what the court deems appropriate.
    For Count 1
    For Count II

From Co-Defendant President of the USA Barack Obama, show cause of what action, if any, has been taken against this defendant and what action he/the White House intends to take to correct the problem presented in this complaint.

From Defendant No. 8 FDIC award Plaintiff a total of $37.50 for Counts I and II, or whatever the court deems appropriate.
    For Count 1
    For Count II

From Co-Defendant President of the USA Barack Obama, show cause of what action, if any, has been taken against this defendant and what action he/the White House intend to take to correct the problem presented in this complaint.

From Defendant No. 9 FTC award Plaintiff a total of $1372.00 for Counts I and II, which may be amended before trial.
    For Count 1
    For Count II

From Co-Defendant President of the USA Barack Obama, show cause of what action, if any, has been taken against this defendant and what action he/the White House intend to take to correct the problem presented in this complaint.

From Defendant No. 10 State of West Virginia award Plaintiff
    For Count I.................................................................................................. $54,000.00
    For Count II................................................................................................. $12,175.00
    For Count III Court-ordered action of apology from Defendant to Plaintiff and clearing Plaintiff's record if necessary

From Co-Defendant Gov. Earl Ray Tomblin, show cause of what action, if any, has been taken against this defendant and what action he/the State House intend to take to correct the

From Defendant No. 11 State of Maryland award Plaintiff
   For Count I..................................................................................................$70,000.00
   For Count II..................................................................................................$996.00,
which may be amended before trial.
   For Count III Court-ordered action declaring CCU claim of approximately $540.00 previously discharged in US Bankruptcy proceedings.
   For Count IV................................................................................................$18,000.00

From Co-Defendant Gov. Martin O'Malley, show cause of what action, if any, has been taken against this defendant and what action he/the State House intend to take to correct the problem presented in this complaint.

## CONCLUSION

Plaintiff in this case has determined, according to a statement made by President of the USA Barack Obama on News Channel 8, advertised on METV, "When you're president, you're always responsible." Plaintiff has requested several times, if this is true, is he responsible for the actions and operations of US Government departments and agencies. As of the filing of this complaint, Plaintiff has not received an answer to this question. Plaintiff phoned News Channel 8 in February and spoke with Bruce Depuyt in an attempt to gain an answer. Mr. Depuyt told Plaintiff the buck stops at 1600 Pennsylvania Ave. Plaintiff enquired again of Mr. Depuyt and the station director and manager about an answer. Still, Plaintiff has not received an answer to this question. If necessary, Plaintiff will have a subpoena issued for Mr. Depuyt and the director and manager of News Channel 8 for testimony and he will demand proof of the statement made by President Obama in the commercial. In the event it is proven the President is not responsible for these federal government agencies and departments, Plaintiff will dismiss the action against Co-Defendant President Obama and his office.

Plaintiff also raised the question, has God damned America because of its treatment of the poor If so, what can be done to avert this damnation? Plaintiff believes God has already judged America, but he has not received a response to this question, either. Is the President exercising executive privilege and withholding information from the public? The people have a right to know. Is the President afraid of the truth? Plaintiff is not trying to tell the President how to do his job, but to help him do it. Neither the people nor the President would want it any other way. In Plaintiff's opinion, there are already too many people working for the government and not enough government working for the people. We have elevated the government of, by and for the people above the people it is supposed to serve.

Likewise if Co-Defendants Gov. Earl Ray Tomblin and Gov. Martin O'Malley are not responsible for their respective state agencies and departments, then their names need to be removed from the letterheads of all these state agencies and departments and Plaintiff will dismiss the action against these Co-Defendants, as well.

In addition, a point that is not relevant to this case; Plaintiff spoke with Mike Newdow, who has spoken out against the phrase, "under God," in the Pledge of Allegiance. Plaintiff asked him, the White House and the media, when was America ever one nation under God? Can anyone give me a time and date? No one has yet answered that question, either.

### JURY DEMAND

Plaintiff exercises his constitutional rights and demands trial by jury.

A copy of any and all pertinent documents, which have been sent to the United States of America, the State of West Virginia and the State of Maryland, will be provided at trial.

### ADDRESSES OF DEFENDANTS AND CO-DEFENDANTS

Defendant United States of America
Co-Defendant President Barack Obama
1600 Pennsylvania Ave.
Washington, DC 20500

Defendant State of West Virginia
Co-Defendant Gov. Earl Ray Tomblin
State Capital
1900 Kanawha Blvd. E.
Charleston, WV 25405

Defendant State of Maryland
Co-Defendant Gov. Martin O'Malley
100 State Circle
Annapolis, MD. 21401-1925

Respectfully,

*[signature]*
William A. Taccino *of A, Vol. of U.S. CITIZEN.*
402 Pine Ave.
Cumberland, MD. 21502
240-362-7796